JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON EARL FRANKLIN, | NO. CV 16-6031-CAS (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 12, 2018

_Christina A. Snyder_
CHRISTINA A. SNYDER
United States District Judge